IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHARLES EDWARD JONES, SR.**　　　　　　　　　　　　　　**PLAINTIFF**
*ADC #144544*

v.　　　　　　　CASE NO. 2:23-CV-00207-BSM

**CHRISTOPHER BUDNIK, Supervising Warden,**
**Delta Regional Unit,** *et al.*　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 16] is adopted. Charles Jones's lawsuit is dismissed without prejudice for failure to pay the filing fee. *See* Doc. No. 5.

IT IS SO ORDERED this 7th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE