IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHARLES EDWARD JONES, SR.**  **PLAINTIFF**
*ADC #144544*

v.   CASE NO. 2:23-CV-00207-BSM

**CHRISTOPHER BUDNIK, Supervising Warden,**
**Delta Regional Unit,** *et al.*   **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE